IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 13-00236 |
| CAROLINA DEL CARMEN SERRANO, | ) |  |
| Defendant, | ) |  |

*[Handwritten annotation: DENIED. This motion is granted. The hearing is set for March 28, 2014 at 11:30 am. /s/ [Judge] 3-11-14]*

## DEFENDANT SERRANO'S MOTION TO SET CHANGE OF PLEA HEARING

The Defendant, Carolina Serrano, by and through counsel, respectfully requests this Court to set a date and time for a change of plea hearing. Counsel for the Defendant would propose the following available dates: March 21, 24, or 28, 2014.

RESPECTFULLY submitted on March 10, 2014.

THE McKELLAR LAW FIRM, PLLC

s/ Norman D. McKellar
Norman D. McKellar, BPR # 022186
THE McKELLAR LAW FIRM, PLLC
625 Market Street, 7th Floor
Knoxville, TN 37902
(865) 566-0125